**COUNTRYMAN & McDANIEL, LLP**
MICHAEL S. McDANIEL, ESQ.
McD@cargolaw.com
MARK P. ESTRELLA, ESQ.
MPEstrella@cargolaw.com
LAX Airport Center, Twelfth Floor
5901 West Century Boulevard
Los Angeles, California 90045
Telephone: (310) 342-6500
Facsimile: (310) 342-6505

Attorneys for Plaintiff
UPS SUPPLY CHAIN SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECTED ELECTRONICS, INC.; DEI HEADQUARTERS, INC.; DEI SALES, INC.; DEI HOLDINGS, INC.; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:20-cv-10305-KK-RAO <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** <br><br> Action Filed:   November 10, 2020 |

1  In accordance with the Joint Stipulation of Dismissal With Prejudice Pursuant To Fed. R. Civ. Pro. 41(a)(1)(A)(ii), filed in the above-captioned action on March 15, 2024, and for good cause appearing therein, the Court hereby orders that the entire action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: March 21, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE